# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DENNIS THOMAS MURPHY, | ) |
| Plaintiff, | ) |
| v. | ) |
| JOSEPH JONES; JOSEPH CRUMBLEY, | ) Case No. CV415-228 |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

The Court **VACATES** its August 24, 2015 *in forma pauperis* processing Order, doc. 3, and this case should be **DISMISSED WITHOUT PREJUDICE**, with no filing fee assessed, for the reason set forth in the Order issued this day in *Murphy v. Jones*, CV415-171.

**SO REPORTED AND RECOMMENDED,** this 28Th day of August, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA