# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DENNIS THOMAS MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV415-171 |
| ) | |
| JOSEPH JONES; ) | |
| JOSEPH CRUMBLEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court **VACATES** its August 13, 2015 Report and Recommendation (R&R, doc. 4), in which it advised dismissal of inmate Dennis Thomas Murphy's 42 U.S.C. § 1983 case on abandonment grounds. The Court determined that Murphy had failed to comply with the August 1, 2015 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court, pursuant to 28 U.S.C. § 1915(a)(2). Doc. 3 at 5 (Order warning of dismissal if he failed to return his PLRA forms by that date). But in his Response to that R&R, Murphy explains that he sent his paperwork to "Johnson State Prison on July 7, 2015. And as of this date[,] August 19, 2015[,] it has not been

return[ed]." Doc. 6 at 1. He asks the Court to "look into this" and also reveals that he has filed "another civil suite [sic] that's [sic] the same as case CV415-171." *Id.*[1]

Looking into it, the Court discerns from Murphy's return address (on the envelopes he's used to mail in his form § 1983 complaints) that he has been and remains at the Chatham County, Georgia jail, *not* "Johnson State Prison." *See* doc. 1 at 9; doc. 6 at 2. If he is being transported between and intermittently incarcerated at both the jail and the prison for his various prosecutions (*see* attached Chatham County Court docket sheets for shoplifting and other crimes, including a current prosecution), then he should send his PLRA forms to each institution's financial custodian. In fact, he should send them to any penal institution to which he is sent so that any account connected to him can be tapped to pay Murphy's filing fees.[2] To that end, the Court **DIRECTS** the Clerk to send Murphy two new sets of PLRA forms for him to complete and

---

[1] That lawsuit is, in substance, *Murphy v. Jones*, CV415-228, doc. 1 (S.D. Ga. Aug. 21, 2015).

[2] His other filings: *Murphy v. Thomas*, CV415-151, doc. 1 (S.D. Ga. May 26, 2015); *Murphy v. Jones*, CV415-228 (S.D. Ga. Aug. 21, 2015). For that matter, Murphy is an experienced litigator. *See Murphy v. Med. Dep't*, CV407-166, doc. 8 at 9 (S.D. Ga. Jan. 14, 2008) (dismissal of medical claim for failure to state a claim), *adopted*, doc. 12 (S.D. Ga. February, 11, 2008).

process through both institutions. The Clerk is **FURTHER DIRECTED** to calendar this matter to show that a fresh Consent Form and Prison Trust Account Statement must be filed within 45 days of the date this Order is served.

Meanwhile, the Court today is **VACATING** its *in forma pauperis* processing Order in in *Murphy v. Jones*, CV415-288 and, in a parallel R&R, advising that that case be dismissed (thus, all fee-collection efforts are abandoned), since it would be unfair to make Murphy pay twice for an essentially duplicate lawsuit filed upon a simple misunderstanding -- somehow it made sense to him to simply file a new lawsuit after his first got tangled up on the bureaucratic ropes. The Clerk, in that regard, is **DIRECTED** to file a copy of Murphy's CV415-288 complaint in this case and docket it as an "Amended Complaint Filed By Court Order in 415CV171," since it contains some different and additional allegations.

**SO ORDERED**, this 28th day of August, 2015.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3